_____

No. 95-2521
_____

Donald K. Alexander,                    *
                                        *
          Appellant,                    *
                                        *
     v.                                 *
                                        *  Appeal from the United States
Bret Strand,                            *  District Court for the
                                        *  Western District of Missouri.
          Defendant,                    *
                                        *           [UNPUBLISHED]
Jane Garland,                           *
                                        *
          Appellee.                     *


                            _____

          Submitted:  March 5, 1996

              Filed:  March 8, 1996
                            _____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                            _____

PER CURIAM.


     Donald Alexander filed a 42 U.S.C. § 1983 action against Boone County
Assistant Prosecutor Jane Garland, alleging that she threatened his court-
appointed public defender during the course of criminal proceedings against
Alexander, thus depriving him of competent legal counsel at trial.  The
district court[1] granted Garland's motion to dismiss under Federal Rule of
Civil Procedure 12(b)(6), concluding that she had absolute immunity.
Alexander appeals.

_____

     [1]The Honorable D. Brook Bartlett, Chief Judge, United States
District Court for the Western District of Missouri.

We agree with the district court that Garland's alleged acts, occurring during pre-trial motions and arguments when she was acting in a prosecutorial capacity, fell within the scope of absolute immunity.  See Burns v. Reed, 500 U.S. 478, (1991); Imbler v. Pachtman, 424 U.S. 409, 430-31 (1976); cf. Snelling v. Westhoff, 972 F.2d 199, 200 (8th Cir. 1992) (per curiam) (allegations that prosecutor conspired with witness to give false testimony do not defeat immunity), cert. denied, 506 U.S. 1053 (1993).

Accordingly, we affirm.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-